**Brief Stricken and Order filed November 3, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00581-CR
NO. 14-15-00582-CR
NO. 14-15-00583-CR

_____

**LUIS  EDUARDO LARA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause Nos. 14CR2148, 14CR2149, and 14CR2150**

---

## ORDER

Appellant's original brief was stricken because it discloses the name of a child victim of sexual assault under the age of 17. *See* Tex. Code Crim. Proc. art. 57.02(h); Tex. R. App. P. 9.10(b). Appellant's amended brief still discloses the names of child victims of sexual assault under the age of 17. *See id.*

Accordingly, the amended brief is **STRICKEN**. Appellant is ordered to file a

brief that complies with Tex. Code Crim. Proc. art. 57.02 and Tex. R. App. P. 9.10 by **November 14, 2016**.

PER CURIAM